OSCN Found Document:REVOCATION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 REVOCATION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS
2024 OK 31
Decided: 05/06/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 31, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

 

 

RE: Revocation of Credentials of Registered Courtroom Interpreters

ORDER

This Court previously suspended the credentials of several Registered Courtroom Interpreters for failure to comply with the continuing education requirements for calendar year 2023 and/or with the annual credential renewal requirements for 2024. See 2024 OK 16 (SCAD 2024-17, dated March 11, 2024).

Under the applicable rules, a suspended certificate which has not been reinstated on or before April 15 shall be administratively revoked on that date. 20 O.S., Chapter 23, App. II, Rules 18(f) and 20(g). The Oklahoma Board of Examiners of Certified Courtroom Interpreters has advised that the interpreters listed in attached Exhibit A have not reinstated their credential as required by the rules, and the Board has recommended to this Court the revocation of the credential of each of these interpreters.

This Court hereby approves the Board's recommendation of revocation of each of the Registered Courtroom Interpreters named below, and pursuant to the applicable rules such revocation shall be effective May 6, 2024.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 6th day of MAY, 2024.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

Exhibit A

 

 
 
 
 Name
 
 
 Reason
 
 
 
 
 Cindy Avila
 
 
 2023 Continuing Education and 2024 Renewal Fees
 
 
 
 
 Charles Escalante
 
 
 2023 Continuing Education and 2024 Renewal Fees
 
 
 
 
 Jesus Flores
 
 
 2023 Continuing Education and 2024 Renewal Fees
 
 
 
 
 Daniela Hernandez
 
 
 2023 Continuing Education and 2024 Renewal Fees
 
 
 
 
 Gisele Jones
 
 
 2023 Continuing Education and 2024 Renewal Fees
 
 
 
 
 Cesar Leon
 
 
 2023 Continuing Education
 
 
 
 
 Rosanna Lopez
 
 
 2023 Continuing Education and 2024 Renewal Fees
 
 
 
 
 Juan Martinez
 
 
 2023 Continuing Education and 2024 Renewal Fees
 
 
 
 
 Elvira Miramontes
 
 
 2023 Continuing Education and 2024 Renewal Fees
 
 
 
 
 Valentina Saldana
 
 
 2023 Continuing Education and 2024 Renewal Fees
 
 
 
 
 Alfredo Sampayo
 
 
 2023 Continuing Education
 
 
 
 
 Cynthia Santiesteban
 
 
 2023 Continuing Education and 2024 Renewal Fees
 
 
 

 

 

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA